**THE HONORABLE ROBERT S. LASNIK**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY CHILDRESS and DEBORAH CHILDRESS, husband and wife, and the marital community composed thereof, | NO. CV10-059 RSL |
| Plaintiffs, | JOINT STATUS REPORT |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, an insurance company, | |
| Defendant. | |

COME NOW the parties, by and through their counsel of record, and submit this Joint Status Report and Discovery Plan.

1.    <u>Statement of Case:</u>

This is an insurance claims handling action. The Plaintiffs allege claims against defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") for breach of contract, bad faith, negligence, violation of the Washington Consumer Protection Act and violation of certain Washington Administrative Code insurance claims handling regulations during the

JOINT STATUS REPORT - 1

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVENUE E
SUITE 115
SEATTLE, WA 98102
(206) 400-6640/FAX (206) 971-5080

adjustment of Henry and Deborah Childress (the "Childress") property damage claim. Defendant Liberty Mutual denies any liability to Mr. and Mrs. Childress.

2.    Statement Regarding ADR:

The parties agree to participate in the mediation process as the chosen forum of ADR pursuant to FRCP 39.1.

3.    Mediation Date:

In an effort to achieve an early resolution to the case, the parties agree to early mediation. The parties anticipate scheduling mediation by April 30, 2010. If mediation is not possible by April 30, 2010, the parties agree that mediation will occur within four months of the filing of the Joint Status Report.

4.    Deadline for Joinder of Additional Parties:

Additional parties to this lawsuit shall be joined no later than May 28, 2010.

5.    Proposed Discovery Plan:

The parties propose the following discovery plan:  The parties' counsel conducted an FRCP 26(f) conference on February 20, 2010. The Court has provided that FRCP 26(a) initial disclosures will be exchanged by the parties on or before March 1, 2010; the parties respectfully request an extension of time to April 2, 2010 for the exchange of the initial disclosures.

A.    Discovery shall be conducted on all liability and damage issues. Discovery need not be phased, limited, and/or focused on particular issues;

JOINT STATUS REPORT - 2

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVENUE E
SUITE 115
SEATTLE, WA 98102
(206) 400-6640/FAX (206) 971-5080

B.      The parties suggest no changes to the limitations on discovery imposed under the Federal and Local Civil Rules;

C.      The parties will act in good faith to manage discovery to minimize expense to the litigants;

D.      At this time the parties have no suggestions for any other orders that should be entered by the Court.

6.      Counsel for the parties have conferred in good faith and believe that all remaining discovery can be completed by December 31, 2011.

7.      The parties do not agree that this case be assigned to a full-time Magistrate Judge.

8.      The parties do not believe this case should be bifurcated.

9.      The parties do not believe that pretrial statements and the pretrial order should be dispensed with.

10.     The parties have no suggestions for shortening or simplifying the case.

11.     The parties believe that this case will be ready for trial 120 days after the close of discovery, pursuant to Rule 16.

12.     The parties estimate that this case will require five (5) trial days.

13.     The name, address and telephone number of counsel for plaintiffs are as follows: Michael T. Watkins, 2825 Eastlake Avenue E., Suite 115, Seattle, Washington, 98102, (206) 400-6640. The name, address and telephone number of counsel for the defendant is as follows:

JOINT STATUS REPORT - 3

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVENUE E
SUITE 115
SEATTLE, WA 98102
(206) 400-6640/FAX (206) 971-5080

John M. Silk, 1215 Fourth Avenue, Suite 1700, Seattle, Washington, 98161, (206) 623-4100.

14.    Defendant has been served with the Summons and Complaint.

15.    No party has demanded a jury.

16.    The parties do not request a scheduling conference prior to the scheduling order being entered.

DATED this 23rd day of February, 2010.

LAW OFFICES OF MICHAEL T. WATKINS

By: /s/ Michael T. Watkins
Michael T. Watkins, WSBA #13677
Timothy A. Bearb, WSBA #39300
Attorneys for Plaintiffs

WILSON SMITH COCHRAN DICKERSON

By: /s/ John M. Silk
John M. Silk, WSBA #15035
Attorney for Defendant

JOINT STATUS REPORT - 4

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVENUE E
SUITE 115
SEATTLE, WA 98102
(206) 400-6640/FAX (206) 971-5080

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY CHILDRESS and DEBORAH CHILDRESS, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, an insurance company,<br><br>Defendant. | No.  CV10-059 RSL<br><br>**CERTIFICATE OF SERVICE** |

Under penalty of perjury under the laws of the State of Washington, I declare that on this 23rd day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system with which will send notification of such filing to the following:

John M. Silk

Seattle, WA 98104
Wilson Smith Cochran Dickerson
1700 Financial Center
1215 Fourth Avenue
Seattle, WA 98161

Sonia Chakalo

CERTIFICATE OF SERVICE — 1

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVE. E
SUITE 115
SEATTLE, WA  98102
206/400-6640; FAX: 206/971-5080