THE HONORABLE ROBERT LASNIK

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

HENRY CHILDRESS and DEBORAH
CHILDRESS, husband and wife, and the
marital community composed thereof,

Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, an insurance company,

Defendant.

No.  CV10-059 RSL

**PLAINTIFFS' RULE 26(a)(1) INITIAL
DISCLOSURES**

COME NOW the plaintiffs, Henry and Deborah Childress, by and through their attorneys of record, Michael T. Watkins, and Timothy A. Bearb, pursuant to Federal Rule of Civil Procedure 26(a)(1) and this Court's orders and states as follows:

**A.    Persons with Knowledge:**

1.    Henry and Deborah Childress
Plaintiffs
143 NW Ash Street
Camas, WA 98607

PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES — 1

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVENUE E
SUITE 115
SEATTLE, WA 98102
206/400-6640; FAX: 206/971-5080

360-607-0790

Mr. and Mrs. Childress, as plaintiffs in this case, have knowledge regarding the subject fire loss, the nature and extent of their special and general damages, and the acts and omissions of defendant Liberty Mutual Fire Insurance Company during the adjustment of the subject insurance claim.

2.      Brenda McDonald
Regional Service Manager
Liberty Mutual
1 Geico Blvd
Fredericksburg, VA 22412

Ms. McDonald, as a regional service manager at Liberty Mutual, has knowledge regarding the subject fire loss and the acts and omissions of defendant Liberty Mutual Fire Insurance Company and the facts surrounding the cancellation of the Childress' insurance policy.

3.      Kirk McDermott
Claims Rep III
Arizona LPP Claims
8075 S River Pkwy
Mail Stop: TPRP-22
Tempe, AZ 85284
480-755-6304

Mr. McDermott, as a claims representative working for Liberty Mutual Fire Insurance Company, has knowledge regarding the subject loss, the nature and extent of the Childress' special and general damages, and the acts and omissions of defendant Liberty Mutual during the adjustment of the subject insurance claim.

6.      Judy Hruska
Liberty Mutual Agent
New Castle Customer Response Center

PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES — 2

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVENUE E
SUITE 115
SEATTLE, WA 98102
206/400-6640; FAX: 206/971-5080

Ms. Hruska, as a customer response agent, has knowledge regarding the subject fire loss.

7.    Angela Goose
      Insurance Assistant
      Phoenix Operations
      Liberty Mutual Insurance
      800-225-8285 ext. 2982469

Ms. Goose, as an insurance assistant at Liberty Mutual Insurance, has knowledge about the subject fire loss and the facts surrounding the cancellation of the Childress' insurance policy.

8.    Isaoa Atima
      Countrywide Home Loans
      P.O. Box 961206
      Fort Worth, TX 76161-0206

Isaoa Atima, as an employee at Countrywide Home Loans, has knowledge about the fire damage and the facts surrounding the cancelation of the Childress' insurance policy.

**B.    Relevant Documents:**

1.    A copy of the subject insurance policy.

2.    Defendant Liberty Mutual Fire Insurance Company's claims file, containing estimates, invoices, memos and correspondence related to plaintiffs' claim.

**C.    Calculation of Damages:**

1.    The plaintiffs' damages are the sum of their claim damages, claims consultant fees, attorneys' fees and costs, expert fees, public adjuster fees, costs, exemplary damages pursuant to RCW *19.86 et seq.* and the insurance fair conduct act, and all other recoverable damages proximately caused by Liberty Mutual Fire Insurance Company's acts and ommissions.

2.    The plaintiffs are also entitled to an award of prejudgment interest.

PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES — 3

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVENUE E
SUITE 115
SEATTLE, WA 98102
206/400-6640; FAX: 206/971-5080

**D.    Insurance:**

1.    It is the plaintiffs' understanding that defendant Liberty Mutual Fire Insurance Company is self-insured.

**E.    Experts:**

Expert witnesses will be disclosed as provided under the court's schedule order and the Federal Rules of Civil Procedure.

Plaintiffs reserve the right to supplement this disclosure as further discovery warrants.

DATED this _____ day of March, 2010.


LAW OFFICES OF MICHAEL T. WATKINS


Michael T. Watkins, WSBA #13677
Timothy Bearb, WSBA #39300
Attorneys for Plaintiffs


PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES — 4

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVENUE E
SUITE 115
SEATTLE, WA  98102
206/400-6640; FAX: 206/971-5080

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY CHILDRESS and DEBORAH CHILDRESS, husband and wife, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, an insurance company,<br><br>Defendant. | No.  CV10-059 RSL<br><br>**CERTIFICATE OF SERVICE** |

Under penalty of perjury under the laws of the State of Washington, I declare that on this 1st day of March, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system with which will send notification of such filing to the following:

John M. Silk
Wilson Smith Cochran Dickerson
1700 Financial Center
1215 Fourth Avenue
Seattle, WA 98161

Sonia Chakalo

CERTIFICATE OF SERVICE — 1

LAW OFFICES OF
MICHAEL T. WATKINS
2825 EASTLAKE AVE. E
SUITE 115
SEATTLE, WA 98102
206/400-6640; FAX: 206/971-5080