UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY CHILDRESS, *et al.*,

    Plaintiffs,

    v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, *et al.*,

    Defendants.

Case No. C10-059RSL

ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on a motion for summary judgment filed by defendant Bank of America, N.A. Plaintiffs assert claims of negligence and violation of the Consumer Protection Act against that entity. After defendant filed this motion, plaintiffs filed a response stating that they do not object to an order of dismissal because Bank of America, N.A. is not a proper party. Plaintiffs' Response at p. 3.

Accordingly, the Court GRANTS the motion for summary judgment filed by defendant Bank of America, N.A. (Dkt. #60).

DATED this 9th day of March, 2011.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT